UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI CIVIL DIVISION

CASE NUMBER:

Susan Nicolas,

   Plaintiff,
vs.

Royal Caribbean Cruises, Ltd.
a foreign corporation,

   Defendant,      /

**COMPLAINT AND DEMAND FOR JURY TRIAL**

Plaintiff, Susan Nicolas, sues Defendant, Royal Caribbean Cruises, Ltd., for damages and alleges as follows:

1. Plaintiff is a citizen of Florida and was a passenger aboard the ENCHANTMENT OF THE SEAS on September 20, 2013.

2. Defendant, Royal Caribbean Cruises, Ltd., a foreign corporation is doing continuous and systematic business in the Southern District of Florida by operating seagoing vessels in Florida.

3. Defendant, Royal Caribbean Cruises, Ltd. operated the vessel ENCHANTMENT OF THE SEAS from Port Canaveral, Florida to Nassau, Bahamas in September 2013.

4. The claim of the Plaintiff is a maritime personal injury claim.

5. Venue is proper under 28 U.S.C. 1391, and also due to the forum selection clause contained within the Defendant's cruise ticket. There is maritime jurisdiction under 28 U.S.C. 1333.

6. The Plaintiff, Susan Nicolas was a passenger on the ENCHANTMENT OF THE SEAS on September 20, 2013.

7. Defendant, Royal Caribbean Cruises, Ltd. has the duty to use reasonable care under the circumstances when operating its cruise.

8. On September 20, 2013, Ms. Nicolas had just boarded the ship and was at a lunch buffet aboard the ship while waiting for the "all clear" for the passengers to go to their cabins. The "all clear" was given by the cruise line and Ms. Nicolas began making her way to her cabin. The passageways were very crowded with all the passengers walking towards their cabins for the first time. As Ms. Nicolas was walking she tripped and fell over a floor dryer that had been left in the passageway. She was not able to see the floor dryer because of all the passengers traffic ahead of her. As a result of her fall, Ms. Nicolas broke her right arm.

9. The above conditions directly caused the injuries sustained to the Plaintiff by the negligence of Defendant, Royal Caribbean Cruises, Ltd, it's employees, staff, crewmembers, owners, agents and operators by the following acts of omission and commission:

   (a) failing to remove the floor dryer from the walkway;

   (b) failing to properly inspect the walkway to insure there was no equipment such as a floor dryer left out;

   (c) failing to warn passengers of the floor dryer left in the walkway;

   (d) failing to place warning signs or cones around the floor dryer left in the walkeway;

    (e)    failing to properly direct the flow of traffic around the obstruction left in the walkway;

    (f)    failing to supervise the passengers making their way to their state rooms to ensure their safety.

10.    As a direct and proximate result of the Defendant's negligence, Susan Nicolas suffered injuries to her right arm and other parts of her mind and body and resulting in pain and suffering disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life and expense of hospitalization, medical and nursing case and treatment, loss of earnings and loss of ability to earn money and aggravation of a previously existing condition. The losses are either permanent or continuing and plaintiff will suffer the losses in the future. Plaintiff also lost the value of the cruise and incurred other incidental travel expenses.

WHEREFORE, Plaintiff, Susan Nicolas, prays for a judgment to be entered against the Defendant, Royal Caribbean Cruises, Ltd. for compensatory damages in the amount of $250,000.00, including prejudgment and post judgment interest and costs. Plaintiff demands a trial by jury.

/s/ Jacob J. Munch
JACOB J. MUNCH, ESQUIRE
MUNCH and MUNCH, P.A.
600 South Magnolia Avenue, Suite 325
Tampa, Florida 33606
(813) 254-1557 Phone / (813) 254-5172 Facsimile
E-mail: sealaw@tampabay.rr.com
Florida Bar Number 376523
Attorney for Plaintiff, Nicolas